UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUCIA B. CHAVEZ,

        Plaintiff,

   v.

BANK OF AMERICA CORPORATION,

        Defendant.

Case No. 15-cv-02756-KAW

ORDER TO SHOW CAUSE

       This action was filed on June 18, 2015. (Compl., Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 120 days to complete service of the complaint and summons on Defendant, such that October 16, 2015 was the last day to complete service. The Case Management Conference (CMC) originally scheduled for September 22, 2015 was continued to December 1, 2015, because Defendant had not been served 7 days prior to the original CMC date. (Clerk's Notice, Dkt. No. 5.) As of the filing of this order, Plaintiff has not filed a certificate of service showing that Defendant has been served. Nor has a summons been issued in this case.

       Accordingly, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline set forth in Rule 4(m). Plaintiff shall file a written response to this order to show cause within 14 days. The case management conference currently scheduled for December 1, 2015 is continued to February 23, 2016 at 1:30 p.m.

       **IT IS SO ORDERED.**

Dated: 11/30/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge